UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEFTALI PALACIOS,

    Plainitff,

v.

Z & G DISTRIBUTORS et al.,

    Defendants.

**ORDER**

No. 11 Civ. 2538 (LBS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/13/13

SAND, J.

    On April 13, 2011, Plaintiff filed his complaint. On April 22, 2011, Plaintiff served Defendants Fortune Distributor of Third Avenue Corp., Fortune Dist. Corp., and Z & G Distributors, Inc. Proof of service on those three defendants was filed on May 10, 2011. On July 15, 2011, Plaintiff served the remaining Defendant, Sami Zeitoune. Proof of service was filed on July 26, 2011. On August 30, 2011, Plaintiff obtained a certificate of default from the Clerk of Court against all Defendants. On December 24, 2012, Plaintiff moved for default judgment against all Defendants.

    None of the Defendants have answered the complaint, otherwise moved with respect to the complaint, or filed a notice of appearance. Default judgment is therefore entered against all Defendants.

    By a separate order, this case is referred to the designated Magistrate Judge, Frank Maas, for an inquest into damages.

SO ORDERED.

Dated: 2/11, 2013
New York, NY

_____
U.S.D.J.