UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEFTALI PALACIOS,

                Plainitff,

                v.

Z & G DISTRIBUTORS et al.,

                Defendants.

**ORDER**

No. 11 Civ. 2538 (LBS)(FM)

```
DOCU... ..
ELECTRO.....      :
DOC #: _____
DATE FILED: 02/13/13
```

SAND, J.

The above entitled action is referred to the designated Magistrate Judge, Frank Maas, for the following purpose(s):

| | |
|---|---|
| ____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motions/Dispute:* | ____ Consent under 28 U.S.C. § 636(c) for limited purposes (e.g., dispositive motion, preliminary injunction). |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | Purpose: |
| ____ Settlement | ____ Habeas Corpus |
| **_X_ Inquest After Default/Damages Hearing** | ____ Social Security |
| | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Particular Motion: |
| | All Such Motions: |

SO ORDERED.

Dated: _February 11_, 2013
      New York, NY

Leonard B. Sand

_____
U.S.D.J.