UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEFTALI PALACIOS,

            Plaintiff,

v.

Z & G DISTRIBUTORS et al.,

            Defendants.

**ORDER**

No. 11 Civ. 2538 (LBS)(FM)

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/13/13

SAND, J.

The above entitled action is referred to the designated Magistrate Judge, Frank Maas, for the following purpose(s):

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motions/Dispute:* | ____ | Consent under 28 U.S.C. § 636(c) for limited purposes (e.g., dispositive motion, preliminary injunction). |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Purpose: |
| ____ | Settlement | ____ | Habeas Corpus |
| _X_ | **Inquest After Default/Damages Hearing** | ____ | Social Security |
| | | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: |
| | | | All Such Motions: |

SO ORDERED.

Dated: February 11, 2013
       New York, NY

*/s/ Leonard B. Sand*

_____
U.S.D.J.